

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND DIVISION

Nathan Reardon,
   Plaintiff,

v.

Detective Michael Bachelder, in his individual capacity,
Skowhegan Police Department,
Bangor Police Department,
   Defendants.

CIVIL ACTION NO. _____
JURY TRIAL DEMANDED

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. § 1983 for violations of Plaintiff's rights under the U.S. Constitution and laws, including the Fourth and Fourteenth Amendments and 11 U.S.C. § 362.

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper under 28 U.S.C. § 1391(b).

PARTIES

4. Plaintiff Nathan Reardon resides in Detroit, Maine, and receives mail at PO Box 52, Detroit, ME 04929.

5. Defendant Michael Bachelder is a detective with the Skowhegan Police Department.

6. Skowhegan Police Department and Bangor Police Department are municipal agencies within Maine.

STATEMENT OF FACTS

7. In March 2020, Defendant Bachelder initiated contact regarding a disputed debt.

8. Reardon informed Bachelder on April 4, 2021, via email of an upcoming Chapter 13 bankruptcy.

9. The case was filed April 15, 2021 (No. 21-10097).

10. Despite knowledge of this, Bachelder ordered Reardon's arrest on May 7, 2021.

11. Bangor Police confirmed Bachelder's awareness via speakerphone before executing the arrest.

362's automatic stay.

13. While incarcerated on a federal sentence, Reardon appeared via Zoom for a state court hearing.

14. The judge acknowledged Reardon's pending Motion to Dismiss but declined to hear it.

15. Reardon was encouraged to enter a plea without adjudication of his dispositive motion.

16. The plea was entered under duress and denied him fair due process.

17. This event severely damaged Reardon's reputation, especially after front-page Bangor Daily News coverage.

18. Another individual, Nicholas Ciardullo, represented by the same attorney, pled guilty to theft by deception exceeding $80,000 and received only a 9-month sentence.

19. This disparity highlights both the disproportionate sentence imposed on Reardon and the systemic breakdown in equal treatment under law.

20. A Bangor Daily News article about Ciardullo is attached as Exhibit A.

CLAIMS FOR RELIEF

Count I – 42 U.S.C. § 1983 – False Arrest

21. Plaintiff incorporates prior paragraphs.

22. Defendants unlawfully arrested Plaintiff despite clear federal legal protections.

23. These actions violated Plaintiff's Fourth Amendment rights.

Count II – 42 U.S.C. § 1983 – Procedural Due Process

24. Plaintiff was denied a hearing on a valid Motion to Dismiss before entering a plea.

25. The court's refusal to rule constituted a procedural due process violation.

Count III – Violation of 11 U.S.C. § 362

26. The arrest violated the automatic stay under bankruptcy law.

27. Plaintiff is entitled to damages under 11 U.S.C. § 362(k).

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

a. Compensatory damages not less than $500,000;

b. Punitive damages not less than $1,000,000;

c. Injunctive relief expunging the arrest and conviction;

d. Attorney's fees and costs;

All other relief deemed just.

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Nathan Reardon
PO Box 52
Detroit, ME 04929
nathan@membershipauto.com
207-745-7575
Pro Se

EXHIBITS
Exhibit A – Bangor Daily News article dated May 11,
2023, regarding Nicholas Ciardullo.



40 ° F    Bangor

# Man who collected scam money in Maine ordered to repay $58K to victims

by **Bill Trotter**
May 11, 2023

A North Carolina man who was hired online to collect money scammed from victims in Hancock County has been sentenced to time served behind bars.

Nicholas Ciardullo, 23, also has been ordered to repay $58,500 to the people whose money he took.

He never met his employers, he said.

The people targeted in the scheme thought they were sending money to relatives who had been arrested after car accidents, according to court documents filed in Ellsworth. The scammers called them on the phone saying a relative needed bail money. After the victims said they had the money, Ciardullo was sent to collect the funds.

He was apprehended after one victim realized he'd been scammed and was able to give police identifying information.

The Stonington victim met Ciardullo at the end of his driveway on Sept. 27, 2022, and gave him $9,500 in cash, thinking the money was going to bail his daughter out of jail in Florida. Ciardullo then wired the money to the people who hired him. He kept a small percentage of the money as his payment, though court documents didn't specify how much.

But before he left with the man's money, the Stonington man noted an identification number on the side of a UHaul truck that Ciardullo was driving. After he later talked to his daughter and realized he had been scammed, he gave the number to the police.

Investigators then contacted the truck rental company, which told them the truck had been rented to Ciardullo.



**SPONSORED CONTENT**

## iPhone Users Don't Forget To Do This Before Wednesday ↗

By Safe Tech Tips

Ciardullo's defense attorney, Jacob Ferm of Ellsworth, said that when police learned who he was, his client was still in Maine and in contact with other victims. Another person contacted by Ciardullo knew it was a scam and contacted police. When he showed up in early October at the person's house, police arrested him.

Ciardullo got involved in the scheme because his only other options for making money were minimum-wage jobs, Ferm said. His client knew what he was doing wasn't legal, but he wasn't the main driver behind the scam, either.

"He was in a difficult situation and did not make the right choices," Ferm said. "He was set up by somebody."

Ciardullo offered an apology to the people whose money he took when he appeared in court.

"I just want to say I am sorry to all the victims," he said to Justice Robert Murrary. "I'd like to try to pay back what I can."

He also offered to write letters of apology to the victims, but Murray said that would be up to Ciardullo.

Murray sentenced Ciardullo to 364 days in jail but, with Ciardullo already having spent 213 days behind bars, Murray suspended the remaining 151 days. He also ordered Ciardullo to serve one year of probation, meaning the North Carolina man could go back to jail for the remaining 5 months of his sentence if he gets in trouble with the law again.

© 2025 Bangor Publishing Company