## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 1:25-cv-00255-NT |
| | ) |
| DETECTIVE MICHAEL | ) |
| BACHELDER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 14, 2025, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 6). The Magistrate Judge recommended that the matter be dismissed because, for various reasons, the Plaintiff failed to state an actionable claim. The Plaintiff filed a timely objection to the Recommended Decision on August 22, 2025 (ECF No. 7). He also moved for leave to amend his complaint (ECF No. 8) and attached a proposed amended complaint (ECF No. 7-2).

I first **GRANT** the Plaintiff's motion for leave to amend. Accordingly, I have reviewed and considered the Plaintiff's amended complaint, the Recommended Decision on the initial complaint, and the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge. I further determine that nothing in the Plaintiff's amended complaint changes the conclusions

set forth in the Recommended Decision. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 3rd day of September, 2025.