# United States Court of Appeals
## For the First Circuit

---

No. 25-1793

NATHAN REARDON, individually and as next friend of VR, CR, ER, KR and LR, minor children,

Plaintiff - Appellant,

v.

BANGOR PUBLISHING COMPANY; BANGOR DAILY NEWS; SAWYER LOFTUS; MITCHELL OSWALD, in the individual and official capacity; UNITED STATES; DOE DEFENDANTS 1-5,

Defendants - Appellees.

---

Before

Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.

---

**JUDGMENT**

Entered: August 13, 2026

*Pro se* appellant Nathan Reardon ("Reardon) appeals from the *sua sponte* dismissal of his civil action against defendants-appellees the Bangor Publishing Company, Inc., the Bangor Daily News, Sawyer Loftus, Mitchell Oswald, the United States, and Doe Defendants 1-5 involving allegations of defamation and constitutional violations that negatively impacted sentencing and probation in his criminal case. The district court dismissed his complaint after preliminary review. See 28 U.S.C. § 1915(e)(2)(B)(ii) (allowing district court to dismiss an *in forma pauperis* action at any time if the court determines that the action fails to state a claim on which relief may be granted). Our review of the district court's dismissal is *de novo*. Bradshaw v. Corr. Med. Servs., Inc., 6 F. App'x 45, 46 (1st Cir. 2001) (unpublished per curiam) (reviewing *de novo* screening dismissal for failure to state a claim).

Appellees Mitchell Oswald and the United States filed a motion for summary disposition which Reardon opposed. We have reviewed the record and the parties' submissions. Reardon has failed to develop any precedent-based argument legitimately suggesting error by the district court. See Sparkle Hill v. Interstate Mat Corp., 788 F.3d 25, 29 (1st Cir. 2015) ("Our precedent is

clear: we do not consider arguments for reversing a decision of the district court when the argument is not raised in a party's opening brief."); United States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990) ("[I]ssues adverted to in a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived."). In any event, we conclude that the appeal presents "no substantial question." 1st Cir. R. 27.0(c). The government's motion for summary disposition is granted, and the district court's judgment is affirmed. To the extent not mooted by the foregoing, all pending motions are denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon
John G. Osborn
James D. Concannon
Lindsay Feinberg